ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 17 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GOLDMAN, SACHS & CO.       )
                           )
        Plaintiff,         )   CIVIL ACTION
                           )   FILE NO. _____
v.                         )
                           )   1:10-CV-0453
DAVID GREENE, CRAIG SAVAGE,)
ANDREW THOMPSON, SHARRAN   )
SRIVATSAA, JOHN PITT,      )                RWS
STEPHANIE DENNARD and KIM  )
TYSON                      )
                           )
        Defendants.        )
_____)

## VERIFICATION

Personally appeared before the undersigned officer duly authorized to administer oaths, David Fox who, being first duly sworn, deposes and says that he is the Managing Director of Plaintiff Goldman, Sachs & Co.'s Atlanta office in the above-captioned action and that he is authorized to make this Verification, and that he has read the within and foregoing Verified Complaint and that the facts set forth therein are true and correct to the best of his knowledge, information and belief.

655404 v1

-2-

This 16th day of February, 2010.

_____
David Fox

Sworn to and subscribed before me
this 16th day of February, 2010.

_____
Natasha Burnett
Notary Public
My commission expires: 12/7/2013

[Notary Seal: NATASHA BURNETT, MY COMMISSION EXPIRES DECEMBER 07 2013, DeKalb Co., Georgia, NOTARY PUBLIC]