# FORM U4
# UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER

**U4 - AMENDMENT 01/04/2010**                                    Rev. Form U4 (05/2009)

**Individual Name: SRIVATSAA, SHARRAN (5360477)**

**Firm Name: GOLDMAN, SACHS & CO. (361)**

## 1. GENERAL INFORMATION

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| SHARRAN | | SRIVATSAA | |
| *Firm* CRD #: | *Firm* Name: | Employment Date (MM/DD/YYYY): | |
| 361 | GOLDMAN, SACHS & CO. | 08/04/2008 | |
| Firm Billing Code: | *Individual CRD #*: | Individual SSN: | |
| IMD | 5360477 | 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 | |

**Do you have an independent contractor relationship with the above named firm?:**

◯ Yes  ⦿ No

**Office of Employment Address**

| CRD Branch # | NYSE Branch Code # | Firm Billing Code | Address | Private Residence | Type of Office | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| 90806 | 23 | PWM | 3414 PEACHTREE ROAD NE<br><br>ATLANTA, GA 30326<br>UNITED STATES | N | Supervised From | 08/04/2008 | |
| | | IMD | 3414 PEACHTREE ROAD<br><br>ATLANTA, GA 30326<br>UNITED STATES | N | Located At | 08/04/2008 | |

## 2. FINGERPRINT INFORMATION

Electronic Filing Representation

⦿ By selecting this option, I represent that I am submitting, have submitted, or promptly will submit to the appropriate *SRO* a fingerprint card as required under applicable *SRO* rules; or
Fingerprint card barcode

◯ By selecting this option, I represent that I have been employed continuously by the *filing firm* since the last submission of a fingerprint card to CRD and am not required to resubmit a fingerprint card at this time; or,

◯ By selecting this option, I represent that I have been employed continuously by the *filing firm* and my fingerprints have been processed by an *SRO* other than FINRA. I am submitting, have submitted, or promptly will submit the processed results for posting to CRD.

Exceptions to the Fingerprint Requirement

D

○ By selecting one or more of the following two options, I affirm that I am exempt from the federal fingerprint requirement because I/*filing firm* currently satisfy(ies) the requirements of at least one of the permissive exemptions indicated below pursuant to Rule 17f-2 under the Securities Exchange Act of 1934, including any notice or application requirements specified therein:
- ☐ Rule 17f-2(a)(1)(i)
- ☐ Rule 17f-2(a)(1)(iii)

Investment Adviser Representative Only Applicants

○ I affirm that I am applying only as an investment adviser representative and that I am not also applying or have not also applied with this *firm* to become a broker-dealer representative. If this radio button/box is selected, continue below.
- ○ I am applying for registration only in *jurisdictions* that do not have fingerprint card filing requirements, or
- ○ I am applying for registration in *jurisdictions* that have fingerprint card filing requirements and I am submitting, have submitted, or promptly will submit the appropriate fingerprint card directly to the *jurisdictions* for processing pursuant to applicable *jurisdiction* rules.

## 3. REGISTRATIONS WITH UNAFFILIATED FIRMS

Some *jurisdictions* prohibit "dual registration," which occurs when an individual chooses to maintain a concurrent registration as a representative/agent with two or more *firms* (either BD or IA *firms*) that are not affiliated. *Jurisdictions* that prohibit dual registration would not, for example, permit a broker-dealer agent working with brokerage *firm* A to maintain a registration with brokerage *firm* B if *firms* A and B are not owned or controlled by a common parent. Before seeking a dual registration status, you should consult the applicable rules or statutes of the *jurisdictions* with which you seek registration for prohibitions on dual registrations or any liability provisions.

Please indicate whether the individual will maintain a "dual registration" status by answering the questions in this section. (Note: An individual should answer 'yes' only if the individual is currently registered and is seeking registration with a *firm* (either BD or IA) that is not affiliated with the individual's current employing *firm*. If this is an initial application, an individual must answer 'no' to these questions; a "dual registration" may be initiated only after an initial registration has been established).

Answer "yes" or "no" to the following questions: **Yes No**
A. Will *applicant* maintain registration with a broker-dealer that is not *affiliated* with the *filing firm*? If you answer "yes," list the *firm*(s) in Section 12 (Employment History). ○ ●
B. Will *applicant* maintain registration with an investment adviser that is not *affiliated* with the *filing firm*? If you answer "yes," list the *firm*(s) in Section 12 (Employment History). ○ ●

## 4. SRO REGISTRATIONS

**Check appropriate *SRO* Registration requests.**
**Qualifying examinations will be automatically scheduled if needed. If you are only scheduling or re-scheduling an exam, skip this section and complete Section 7 (EXAMINATION REQUESTS).**

| REGISTRATION CATEGORY | FINRA | NYSE | AMEX | BATS | BX | NSX | ARCA | CBOE | CHX | PHLX | ISE | NQX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OP - Registered Options Principal (S4) | ☐ | ☐ | ☐ |  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| IR - Investment Company and Variable Contracts Products Rep. (S6) | ☐ | ☐ | ☐ |  | ☐ |  |  |  |  |  |  | ☐ |
| GS - Full Registration/General Securities Representative (S7) | ☑ | ☑ | ☑ | ☐ | ☑ | ☐ | ☑ | ☑ | ☐ | ☑ | ☑ | ☑ |
| TR - Securities Trader (S7) |  |  | ☐ |  | ☐ |  |  |  |  |  |  |  |

| REGISTRATION CATEGORY | FINRA | NYSE | AMEX | BATS | BX | NSX | ARCA | CBOE | CHX | PHLX | ISE | NQX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TS - Trading Supervisor (S7) | | | | ☐ | | ☐ | | | | | | |
| SU - General Securities Sales Supervisor (S9 and S10) | ☐ | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ |
| BM - Branch Office Manager (S9 and S10) | | ☐ | ☐ | | | | | | | | | |
| SM - Securities Manager (S10) | | ☐ | | | | | | | | | | |
| AR - Assistant Representative/Order Processing (S11) | ☐ | | | | | ☐ | | | ☐ | | | ☐ |
| **REGISTRATION CATEGORY** | **FINRA** | **NYSE** | **AMEX** | **BATS** | **BX** | **NSX** | **ARCA** | **CBOE** | **CHX** | **PHLX** | **ISE** | **NQX** |
| IE - United Kingdom - Limited General Securities Registered Representative (S17) | ☐ | ☐ | ☐ | ☐ | | | ☐ | ☐ | | ☐ | | ☐ |
| DR - Direct Participation Program Representative (S22) | ☐ | ☐ | ☐ | | | ☐ | | | ☐ | | | |
| GP - General Securities Principal (S24) | ☐ | | ☐ | | ☐ | ☐ | ☐ | | | ☐ | | ☐ |
| IP - Investment Company and Variable Contracts Products Principal (S26) | ☐ | | ☐ | | | ☐ | | | | | | ☐ |
| FA - Foreign Associate | ☐ | | | | | | | | | | | |
| FN - Financial and Operations Principal (S27) | ☐ | | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| FI - Introducing Broker-Dealer/Financial and Operations Principal (S28) | ☐ | | | | | ☐ | | | ☐ | | | ☐ |
| RS - Research Analyst (S86, S87) | ☐ | ☐ | | | | | | | | | | |
| RP - Research Principal | ☐ | | | | | | | | | | | |
| DP - Direct Participation Program Principal (S39) | ☐ | | ☐ | | | ☐ | | | ☐ | | | |
| OR - Options Representative (S42) | ☐ | | | | ☐ | | | | ☐ | | | ☐ |
| **REGISTRATION CATEGORY** | **FINRA** | **NYSE** | **AMEX** | **BATS** | **BX** | **NSX** | **ARCA** | **CBOE** | **CHX** | **PHLX** | **ISE** | **NQX** |
| MR - Municipal Securities Representative (S52) | ☐ | ☐ | ☐ | | | ☐ | | | ☐ | | | |
| MP - Municipal Securities Principal (S53) | ☐ | | ☐ | | | ☐ | | | ☐ | | | |
| CS - Corporate Securities Representative (S62) | ☐ | | ☐ | | | ☐ | | | ☐ | | | ☐ |
| RG - Government Securities Representative (S72) | ☐ | | | | | | | | | | | |
| PG - Government Securities Principal (S73) | ☐ | | | | | | | | | | | |
| SA - Supervisory Analyst (S16) | ☐ | ☐ | ☐ | | | | | | | | | |
| PR - Limited Representative - Private | ☐ | | ☐ | | | | | | | | | |

Securities Offerings (S82)

| REGISTRATION CATEGORY | FINRA | NYSE | AMEX | BATS | BX | NSX | ARCA | CBOE | CHX | PHLX | ISE | NQX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CD - Canada-Limited General Securities Registered Representative (S37) | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | | | ☐ |
| CN - Canada-Limited General Securities Registered Representative (S38) | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | | | | | ☐ |

| REGISTRATION CATEGORY | FINRA | NYSE | AMEX | BATS | BX | NSX | ARCA | CBOE | CHX | PHLX | ISE | NQX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ET - Equity Trader (S55) | ☐ | | ☐ | | ☐ | | | | | | | ☐ |
| AM - Allied Member | | ☐ | | | | | ☐ | | | | | |
| AP - Approved Person | | ☐ | ☐ | | | | | | | | | |
| LE - Securities Lending Representative | | ☐ | ☐ | | | | | | | | | |
| LS - Securities Lending Supervisor | | ☐ | ☐ | | | | | | | | | |
| ME - Member Exchange | | ☐ | ☐ | ☐ | ☐ | | | | | ☐ | | |
| FE - Floor Employee | | ☐ | ☐ | ☐ | ☐ | | | | | | | |
| OF - Officer | | ☐ | ☐ | | | ☐ | | | | | | |
| CO - Compliance Official (S14) | | ☐ | | | | | | | | | | |

| REGISTRATION CATEGORY | FINRA | NYSE | AMEX | BATS | BX | NSX | ARCA | CBOE | CHX | PHLX | ISE | NQX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CF - Compliance Official Specialist (S14A) | | ☐ | | | | | | | | | | |
| PM - Floor Member Conducting Public Business | | ☐ | ☐ | | | | | | | | | |
| PC - Floor Clerk Conducting Public Business | | ☐ | ☐ | | | | | | | | | |
| SC - Specialist Clerk (S21) | | ☐ | ☐ | | | | | | | | | |
| TA - Trading Assistant (S25) | | ☐ | | | | | | | | | | |
| FP - Municipal Fund (S51) | ☐ | | | | | | | | | | | |
| IF - In-Firm Delivery Proctor | ☐ | ☐ | | | | | | | | | | |
| MM - Market Maker Authorized Trader-Options (S44) | | | | | | | ☐ | | | | | |

| REGISTRATION CATEGORY | FINRA | NYSE | AMEX | BATS | BX | NSX | ARCA | CBOE | CHX | PHLX | ISE | NQX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FB - Floor Broker | | | | | | | ☐ | | | | | |
| MB - Market Maker acting as Floor Broker | | | | | | | ☐ | | | | | |
| OT - Authorized Trader (S7) | | | ☐ | | | | ☐ | | | | | |
| MT - Market Maker Authorized Trader-Equities (S7) | | | | ☐ | | | ☐ | | | | | |
| IB - Investment Banking Representative | ☐ | | | | | | | | | | | |
| AF - Floor Broker - Options | | | ☐ | | | | | | | | | |
| AO - Market Maker - Options | | | ☐ | | | | | | | | | |

Other _____ (Paper Form Only)

## 5. JURISDICTION REGISTRATION

**Check appropriate *jurisdiction(s)* for broker-dealer agent (AG) and/or investment adviser representative (RA) registration requests.**

| JURISDICTION | AG | RA | JURISDICTION | AG | RA | JURISDICTION | AG | RA | JURISDICTION | AG | RA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | ✓ | ☐ | Illinois | ✓ | ☐ | Montana | ☐ | ☐ | Puerto Rico | ☐ | ☐ |
| Alaska | ☐ | ☐ | Indiana | ✓ | ☐ | Nebraska | ☐ | ☐ | Rhode Island | ☐ | ☐ |
| Arizona | ✓ | ☐ | Iowa | ☐ | ☐ | Nevada | ✓ | ☐ | South Carolina | ✓ | ☐ |
| Arkansas | ✓ | ☐ | Kansas | ☐ | ☐ | New Hampshire | ✓ | ☐ | South Dakota | ☐ | ☐ |
| California | ✓ | ☐ | Kentucky | ✓ | ☐ | New Jersey | ✓ | ☐ | Tennessee | ✓ | ☐ |
| Colorado | ☐ | ☐ | Louisiana | ✓ | ☐ | New Mexico | ☐ | ☐ | Texas | ✓ | ☐ |
| Connecticut | ✓ | ☐ | Maine | ☐ | ☐ | New York | ✓ | ☐ | Utah | ☐ | ☐ |
| Delaware | ☐ | ☐ | Maryland | ✓ | ☐ | North Carolina | ✓ | ☐ | Vermont | ☐ | ☐ |
| District of Columbia | ✓ | ☐ | Massachusetts | ✓ | ☐ | North Dakota | ☐ | ☐ | Virgin Islands | ☐ | ☐ |
| Florida | ✓ | ☐ | Michigan | ✓ | ☐ | Ohio | ✓ | ☐ | Virginia | ✓ | ☐ |
| Georgia | ✓ | ☐ | Minnesota | ✓ | ☐ | Oklahoma | ☐ | ☐ | Washington | ✓ | ☐ |
| Hawaii | ☐ | ☐ | Mississippi | ✓ | ☐ | Oregon | ✓ | ☐ | West Virginia | ☐ | ☐ |
| Idaho | ☐ | ☐ | Missouri | ✓ | ☐ | Pennsylvania | ✓ | ☐ | Wisconsin | ☐ | ☐ |
|  |  |  |  |  |  |  |  |  | Wyoming | ✓ | ☐ |

**AGENT OF THE ISSUER REGISTRATION (AI)** ☐ Indicate 2 letter *jurisdiction* code(s):_____

## 6. REGISTRATION REQUESTS WITH AFFILIATED FIRMS

Will *applicant* maintain registration with *firm*(s) under common ownership or control with the *filing firm*?
If "yes", fill in the details to indicate a request for registration with additional *firm*(s).

○ Yes   ● No

No Information Filed

## 7. EXAMINATION REQUESTS

**Scheduling or Rescheduling Examinations** Complete this section only if you are scheduling or rescheduling an examination or continuing education session. Do <u>not</u> select the Series 63 (S63) or Series 65 (S65) examinations in this section if you have completed Section 5 (JURISDICTION REGISTRATION) and have selected registration in a *jurisdiction*. If you have completed Section 5 (JURISDICTION REGISTRATION), and requested an AG registration in a *jurisdiction* that requires that you pass the S63 examination, an S63 examination will be automatically scheduled for you upon submission of this Form U4. If you have completed Section 5 (JURISDICTION REGISTRATION), and

requested an RA registration in a *jurisdiction* that requires that you pass the S65 examination, an S65 examination will be automatically scheduled for you upon submission of this Form U4.

| | | | | | |
|---|---|---|---|---|---|
| ☐ S3 | ☐ S14 | ☐ S28 | ☐ S42 | ☐ S52 | ☐ S72 |
| ☐ S4 | ☐ S16 | ☐ S30 | ☐ S44 | ☐ S53 | ☐ S79 |
| ☐ S5 | ☐ S17 | ☐ S31 | ☐ S45 | ☐ S55 | ☐ S82 |
| ☐ S6 | ☐ S22 | ☐ S32 | ☐ S46 | ☐ S62 | ☐ S86 |
| ☐ S7 | ☐ S23 | ☐ S33 | ☐ S51 | ☐ S63 | ☐ S87 |
| ☐ S9 | ☐ S24 | ☐ S37 | | ☐ S65 | ☐ S101 |
| ☐ S10 | ☐ S26 | ☐ S38 | | ☐ S66 | ☐ S106 |
| ☐ S11 | ☐ S27 | ☐ S39 | | | ☐ S201 |

Other _____ (Paper Form Only)

OPTIONAL: Foreign Exam City _____  Date (MM/DD/YYYY) _____

## 8. PROFESSIONAL DESIGNATIONS

**Select each designation you currently maintain.**

☐ Certified Financial Planner

☐ Chartered Financial Consultant (ChFC)

☐ Personal Financial Specialist (PFS)

☐ Chartered Financial Analyst (CFA)

☐ Chartered Investment Counselor (CIC)

## 9. IDENTIFYING INFORMATION/NAME CHANGE

**First Name:**  
SHARRAN

**Middle Name:**

**Last Name:**  
SRIVATSAA

**Suffix:**

**Date of Birth (MM/DD/YYYY)**  
06/07/1980

**State/Province of Birth**  
TN

**Country of Birth**  
IND

**Sex**  
⦿ Male  ○ Female

**Height (ft)**  
6

**Height (in)**  
0

**Weight (lbs)**  
184

**Hair Color**  
Black

**Eye Color**  
Brown

## 10. OTHER NAMES

Enter all other names that you have used or are using, or by which you are known or have been known, other than your legal name, since the age of 18. This field should include, for example, nicknames, aliases, and names used before or after marriage.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| SHARRAN | | SRIVATSAA | |

## 11. RESIDENTIAL HISTORY

Starting with the current address, give all addresses for the past 5 years. Report changes as they occur.

| From | To | Street | City | State | Country | Postal Code |
|---|---|---|---|---|---|---|
| 08/2007 | PRESENT | 2000 GRAND AVENUE 403 | NASHVILLE | TN | USA | 37212 |
| 08/1997 | 08/2007 | 4899 FRIAR AVENUE | FREMONT | CA | USA | 94555 |
| 09/2006 | 06/2007 | 3801-B DARTMOUTH AVENUE | NASHVILLE | TN | USA | 37215 |
| 12/2004 | 03/2006 | 100 KAPALUA DRIVE | LAHAINA | HI | USA | 96761 |
| 01/2002 | 09/2002 | 1490 OAKLEY DRIVE | LOS ALTOS | CA | USA | 94024 |
| 08/1997 | 05/2001 | 700 COLLEGE DRIVE STUDENT POST OFFICE (SPO) | DECORAH | IA | USA | 52101 |
| 08/1997 | 10/2000 | 902 SUGAR PINE DRIVE | BEAR | DE | USA | 19701 |

## 12. EMPLOYMENT HISTORY

Provide complete employment history for the past 10 years. Include the *firm*(s) noted in Section 1 (GENERAL INFORMATION) and Section 6 (REGISTRATION REQUESTS WITH AFFILIATED FIRMS). Include all *firm*(s) from Section 3 (REGISTRATION WITH UNAFFILIATED FIRMS). Account for all time including full and part-time employments, self-employment, military service, and homemaking. Also include statuses such as unemployed, full-time education, extended travel, or other similar statuses.
Report changes as they occur.

| From | To | Name of *Firm* or Company | *Investment-Related business?* | City | State | Country | Position |
|---|---|---|---|---|---|---|---|
| 08/2008 | PRESENT | GOLDMAN, SACHS & CO. | ⊙ Yes  ○ No | ATLANTA | GA | USA | ASSOCIATE |
| 08/2006 | 05/2008 | VANDERBILT UNIVERSITY - TENNES | ○ Yes  ⊙ No | NASHVILLE | TN | USA | STUDENT (GRAD SCHOOL) |
| 06/2007 | 08/2007 | CREDIT SUISSE | ○ Yes  ⊙ No | ATLANTA | GA | USA | SUMMER ASSOCIATE PRIVATE BANK |
| 04/2006 | 07/2006 | OTHER | ○ Yes  ⊙ No | REDWOOD CITY | CA | USA | PRODUCT MGT & MARKETING INTERN |
| 09/2002 | 04/2006 | OTHER | ○ Yes  ⊙ No | THE WOODLANDS | TX | USA | TENNIS SPECIALIST |
| 07/2001 | 09/2002 | CIENA CORPORATION | ○ Yes  ⊙ No | LINTHICUM | MD | USA | SOFTWARE ENGINEER |
| 08/1997 | 05/2001 | LUTHER COLLEGE | ○ Yes  ⊙ No | DECORAH | IA | USA | STUDENT (COLLEGE) |
| 05/2000 | 08/2000 | CIENA CORPORATION | ○ Yes  ⊙ No | LINTHICUM | MD | USA | SOFTWARE ENGINEER INTERN |
| 06/1999 | 08/1999 | DOW JONES & COMPANY | ○ Yes  ⊙ No | PRINCETON | NJ | USA | TECHNOLOGY INTERN |
| 06/1995 | 05/1997 | CHINMAYA VIDYALAYA HIGH | ○ Yes  ⊙ No | MADRAS (CHENNAI) | IN | USA | STUDENT (HIGH SCHOOL) |

SCHOOL

## 13. OTHER BUSINESS

Are you <u>currently</u> engaged in any other business either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise? (Please exclude non *investment-related* activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.) If YES, please provide the following details: the name of the other business, whether the business is *investment-related*, the address of the other business, the nature of the other business, your position, title, or relationship with the other business, the start date of your relationship, the approximate number of hours/month you devote to the other business, the number of hours you devote to the other business during securities trading hours, and briefly describe your duties relating to the other business.

◯ Yes ◉ No

## 14. DISCLOSURE QUESTIONS

IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IS 'YES', COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S)

REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U4 INSTRUCTIONS FOR EXPLANATIONS OF ITALICIZED TERMS.

### Criminal Disclosure

**14A. (1) Have you ever:**      YES NO
    (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign, or military court to any *felony*? ◯ ◉
    (b) been *charged* with any *felony*? ◯ ◉

**(2) Based upon activities that occurred while you exercised *control* over it, has an organization ever:**
    (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic or foreign court to any *felony*? ◯ ◉
    (b) been *charged* with any *felony*? ◯ ◉

**14B. (1) Have you ever:**
    (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving:* investments or an *investment-related* business or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses? ◯ ◉
    (b) been *charged* with a *misdemeanor* specified in 14B(1)(a)? ◯ ◉

**(2) Based upon activities that occurred while you exercised *control* over it, has an organization ever:**
    (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic or foreign court to a *misdemeanor* specified in 14B(1)(a)? ◯ ◉
    (b) been *charged* with a *misdemeanor* specified in 14B(1)(a)? ◯ ◉

### Regulatory Action Disclosure

**14C.**     Has the U.S. Securities and Exchange Commission or the Commodity Futures Trading Commission ever:    YES NO
    (1) *found* you to have made a false statement or omission? ◯ ◉
    (2) *found* you to have been *involved* in a violation of its regulations or statutes? ◯ ◉
    (3) *found* you to have been a cause of an *investment-related* business having its authorization

to do business denied, suspended, revoked, or restricted?   ○ ●

(4) entered an *order* against you in connection with *investment-related* activity?   ○ ●

(5) imposed a civil money penalty on you, or *ordered* you to cease and desist from any activity?   ○ ●

(6) *found* you to have willfully violated any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board, or *found* you to have been unable to comply with any provision of such Act, rule or regulation?   ○ ●

(7) *found* you to have willfully aided, abetted, counseled, commanded, induced, or procured the violation by any person of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board?   ○ ●

(8) *found* you to have failed reasonably to supervise another person subject to your supervision, with a view to preventing the violation of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board?   ○ ●

**14D. (1) Has any other Federal regulatory agency or any state regulatory agency or *foreign financial regulatory authority* ever:**

(a) *found* you to have made a false statement or omission or been dishonest, unfair or unethical?   ○ ●

(b) *found* you to have been *involved* in a violation of *investment-related* regulation(s) or statute(s)?   ○ ●

(c) *found* you to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked or restricted?   ○ ●

(d) entered an *order* against you in connection with an *investment-related* activity?   ○ ●

(e) denied, suspended, or revoked your registration or license or otherwise, by *order*, prevented you from associating with an *investment-related* business or restricted your activities?   ○ ●

**(2) Have you been subject to any *final order* of a state securities commission (or any agency or officer performing like functions), state authority that supervises or examines banks, savings associations, or credit unions, state insurance commission (or any agency or office performing like functions), an appropriate *federal banking agency*, or the National Credit Union Administration, that:**

(a) bars you from association with an entity regulated by such commission, authority, agency, or officer, or from engaging in the business of securities, insurance, banking, savings association activities, or credit union activities; or   ○ ●

(b) constitutes a *final order* based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?   ○ ●

**14E. Has any *self-regulatory organization* ever:**

(1) *found* you to have made a false statement or omission?   ○ ●

(2) *found* you to have been *involved* in a violation of its rules (other than a violation designated as a "*minor rule violation*" under a plan approved by the U.S. Securities and Exchange Commission)?   ○ ●

(3) *found* you to have been the cause of an *investment-related* business having its authorization to do business denied, suspended, revoked or restricted?   ○ ●

(4) disciplined you by expelling or suspending you from membership, barring or suspending your association with its members, or restricting your activities?   ○ ●

(5) *found* you to have willfully violated any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board, or *found* you to have been unable to comply with any provision of such Act, rule or regulation?   ○ ●

(6) *found* you to have willfully aided, abetted, counseled, commanded, induced, or procured the violation by any person of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board?  ○ ●

(7) *found* you to have failed reasonably to supervise another person subject to your supervision, with a view to preventing the violation of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board?  ○ ●

**14F.** Have you ever had an authorization to act as an attorney, accountant or federal contractor that was revoked or suspended?  ○ ●

**14G.** Have you been notified, in writing, that you are now the subject of any:

(1) regulatory complaint or *proceeding* that could result in a "yes" answer to any part of 14C, D or E? *(If yes, complete the Regulatory Action Disclosure Reporting Page.)*  ○ ●

(2) *investigation* that could result in a "yes" answer to any part of 14A, B, C, D or E? *(If yes, complete the Investigation Disclosure Reporting Page.)*  ○ ●

### Civil Judicial Disclosure

**14H. (1)** Has any domestic or foreign court ever:   **YES NO**

(a) *enjoined* you in connection with any *investment-related* activity?  ○ ●

(b) *found* that you were *involved* in a violation of any *investment-related* statute(s) or regulation(s)?  ○ ●

(c) dismissed, pursuant to a settlement agreement, an *investment-related* civil action brought against you by a state or *foreign financial regulatory authority*?  ○ ●

**(2)** Are you named in any pending *investment-related* civil action that could result in a "yes" answer to any part of 14H(1)?  ○ ●

### Customer Complaint/Arbitration/Civil Litigation Disclosure

**14I. (1)** Have you ever been <u>named</u> as a respondent/defendant in an *investment-related*, consumer-initiated arbitration or civil litigation which alleged that you were *involved* in one or more *sales practice violations* and which:   **YES NO**

(a) is still pending, or;  ○ ●

(b) resulted in an arbitration award or civil judgment against you, regardless of amount, or;  ○ ●

(c) was settled, prior to 05/18/2009, for an amount of $10,000 or more, or;  ○ ●

(d) was settled, on or after 05/18/2009, for an amount of $15,000 or more?  ○ ●

**(2)** Have you ever been the subject of an *investment-related*, consumer-initiated (written or oral) complaint, which alleged that you were *involved* in one or more *sales practice violations*, and which:

(a) was settled, prior to 05/18/2009 for an amount of $10,000 or more, or;  ○ ●

(b) was settled, on or after 05/18/2009, for an amount of $15,000 or more?  ○ ●

**(3)** Within the past twenty four (24) months, have you been the subject of an *investment-related*, consumer-initiated, written complaint, not otherwise reported under question 14I(2) above, which:

(a) alleged that you were *involved* in one or more *sales practice violations* and contained a claim for compensatory damages of $5,000 or more (if no damage amount is alleged, the complaint must be reported unless the firm has made a good faith determination that the damages from the alleged conduct would be less than $5,000), or;  ○ ●

(b) alleged that you were *involved* in forgery, theft, misappropriation or conversion of funds or securities?  ○ ●

**Answer questions (4) and (5) below only for arbitration claims or civil litigation filed on or after 05/18/2009.**

(4) **Have you ever been the subject of an *investment-related*, consumer-initiated arbitration claim or civil litigation which alleged that you were *involved* in one or more *sales practice violations*, and which:**
   (a) was settled for an amount of $15,000 or more, or;                                                      ○ ●

   (b) resulted in an arbitration award or civil judgment against any named respondent                        ○ ●
       (s)/defendant(s), regardless of any amount?

(5) **Within the past twenty four (24) months, have you been the subject of an *investment-related*, consumer-initiated arbitration claim or civil litigation not otherwise reported under questions 14I(4) above, which:**
   (a) alleged that you were *involved* in one or more *sales practice violations* and contained a claim      ○ ●
       for compensatory damages of $5,000 or more (if no damage amount is alleged, the
       arbitration claim or civil litigation, must be reported unless the *firm* has made a good faith
       determination that the damages from the alleged conduct would be less than $5,000), or;
   (b) alleged that you were *involved* in forgery, theft, misappropriation or conversion of funds or        ○ ●
       securities?

### Termination Disclosure

**14J. Have you ever voluntarily *resigned*, been discharged or permitted to *resign* after**                 YES NO
**allegations were made that accused you of:**
   (1) violating *investment-related* statutes, regulations, rules, or industry standards of conduct?         ○ ●

   (2) fraud or the wrongful taking of property?                                                              ○ ●

   (3) failure to supervise in connection with *investment-related* statutes, regulations, rules or industry  ○ ●
       standards of conduct?

### Financial Disclosure

**14K. Within the past 10 years:**                                                                            YES NO
   (1) have you made a compromise with creditors, filed a bankruptcy petition or been the subject of          ○ ●
       an involuntary bankruptcy petition?
   (2) based upon events that occurred while you exercised *control* over it, has an organization made a     ○ ●
       compromise with creditors, filed a bankruptcy petition or been the subject of an involuntary
       bankruptcy petition?
   (3) based upon events that occurred while you exercised *control* over it, has a broker or dealer been    ○ ●
       the subject of an involuntary bankruptcy petition, or had a trustee appointed, or had a direct
       payment procedure initiated under the Securities Investor Protection Act?

**14L. Has a bonding company ever denied, paid out on, or revoked a bond for you?**                           ○ ●

**14M. Do you have any unsatisfied judgments or liens against you?**                                          ○ ●

### 15. SIGNATURE SECTION

Please Read Carefully

All signatures required on this Form U4 filing must be made in this section.

A "signature" includes a manual signature or an electronically transmitted equivalent. For purposes of an electronic form filing, a signature is effected by typing a name in the designated signature field. By typing a name in this field, the signatory acknowledges and represents that the entry constitutes in every way, use, or aspect, his or her legally binding signature.

15A   INDIVIDUAL/APPLICANT'S ACKNOWLEDGMENT AND CONSENT

  This section must be completed on all initial or Temporary Registration form filings.
15B FIRM/APPROPRIATE SIGNATORY REPRESENTATIONS
  This section must be completed on all initial or Temporary Registration form filings.
15C TEMPORARY REGISTRATION ACKNOWLEDGMENT
  This section must be completed on Temporary Registration form filings to be able to receive Temporary Registration.
15D INDIVIDUAL/APPLICANT'S AMENDMENT ACKNOWLEDGMENT AND CONSENT
  This section must be completed on any amendment filing that amends any information in Section 14 (Disclosure Questions) or any Disclosure Reporting Page (DRP).
15E FIRM/APPROPRIATE SIGNATORY AMENDMENT REPRESENTATIONS
  This section must be completed on all amendment form filings.
15F FIRM/APPROPRIATE SIGNATORY CONCURRENCE
  This section must be completed to concur with a U4 filing made by another *firm* (IA/BD) on behalf of an individual that is also registered with that other *firm* (IA/BD).

## 15C. TEMPORARY REGISTRATION ACKNOWLEDGMENT

If an *applicant* has been registered in a *jurisdiction* or *self regulatory organization (SRO)* in the 30 days prior to the date an application for registration is filed with the Central Registration Depository or Investment Adviser Registration Depository, he or she may qualify for a Temporary Registration to conduct securities business in that *jurisdiction* or *SRO* if this acknowledgment is executed and filed with the Form U4 at the *applicant's firm*.

This acknowledgment must be signed only if the *applicant* intends to apply for a Temporary Registration while the application for registration is under review.

I request a Temporary Registration in each *jurisdiction* and/or *SRO* requested on this Form U4, while my registration with the *jurisdiction*(s) and/or *SRO*(s) requested is under review;

I am requesting a Temporary Registration with the *firm* filing on my behalf for the *jurisdiction*(s) and/or *SRO*(s) noted in Section 4 (SRO REGISTRATION) and/or Section 5 (JURISDICTION REGISTRATION) of this Form U4;

I understand that I may request a Temporary Registration only in those *jurisdiction*(s) and/or *SRO*(s) in which I have been registered with my prior *firm* within the previous 30 days;

I understand that I may not engage in any securities activities requiring registration in a *jurisdiction* and/or *SRO* until I have received notice from the CRD or IARD that I have been granted a Temporary Registration in that *jurisdiction* and/or *SRO*;

I agree that until the Temporary Registration has been replaced by a registration, any *jurisdiction* and/or *SRO* in which I have applied for registration may withdraw the Temporary Registration;

If a *jurisdiction* or *SRO* withdraws my Temporary Registration, my application will then be held pending in that *jurisdiction* and/or *SRO* until its review is complete and the registration is granted or denied, or the application is withdrawn;

I understand and agree that, in the event my Temporary Registration is withdrawn by a *jurisdiction* and/or *SRO*, I must immediately cease any securities activities requiring a registration in that *jurisdiction* and/or *SRO* until it grants my registration;

I understand that by executing this Acknowledgment I am agreeing not to challenge the withdrawal of a Temporary Registration; however, I do not waive any right I may have in any *jurisdiction* and/or *SRO* with respect to any decision by that *jurisdiction* and/or *SRO* to deny my application for registration.

**Date (MM/DD/YYYY)**  **Signature of *Applicant***

        **Signature** _____

## 15D. AMENDMENT INDIVIDUAL/APPLICANT'S ACKNOWLEDGMENT AND CONSENT

**Date (MM/DD/YYYY)**  **Signature of *Applicant***

        **Signature** _____

## 15E. FIRM/APPROPRIATE SIGNATORY AMENDMENT REPRESENTATIONS

**Date (MM/DD/YYYY)**  **Signature of *Appropriate Signatory***
01/04/2010               JULIA WATSON
                         **Signature** _____

### BANKRUPTCY/SIPC/COMPROMISE WITH CREDITORS DRP

No Information Filed

### BOND DRP

No Information Filed

### CIVIL JUDICIAL DRP

No Information Filed

### CRIMINAL DRP

No Information Filed

### CUSTOMER COMPLAINT/ARBITRATION/CIVIL LITIGATION DRP

No Information Filed

### INVESTIGATION DRP

No Information Filed

### JUDGMENT LIEN DRP

No Information Filed

### REGULATORY ACTION DRP

No Information Filed

### TERMINATION DRP

No Information Filed

Privacy   Legal   Use of Web CRD® or IARD^SM is governed by the Terms & Conditions.
©2010 FINRA. All rights reserved. FINRA is a trademark of the Financial Industry Regulatory Authority, Inc.