# BEST PRACTICES FOR PROTECTING CONFIDENTIAL AND PROPRIETARY INFORMATION

More often than not, a breach of confidentiality is the result of a thoughtless slip or the inadvertent disclosure of information. The following best practices can help you guard against such slips and inadvertent disclosures.

Workplace Security

Information Security

Telephone Security

Cell and Portable Phone Security

Information Releases

Fax Security

Distribution of Confidential Information

Disposal of Confidential Information

Security Outside the Office

**Workplace Security**

- Do not leave information of a confidential nature in common or public areas.

- Secure confidential documents. Never leave confidential documents out overnight.

- Do not leave keys in an unlocked desk overnight.

- Question any individual in your area you do not recognize (or does not have a visible Goldman Sachs ID card or visible visitor pass, and is not accompanied by a Goldman Sachs person). If this person is not authorized or does not have legitimate business in the area, **call Corporate Security immediately**.

- Discuss confidential information with others only on a need-to-know basis. Extreme caution should be used in public places such as elevators and restaurants (and even public corridors in the firm's offices).

- Use code names for sensitive projects and solicitations. Where code names have been assigned to a project, all documents and information generated internally by the firm with respect to that project should refer to the project and the companies involved in the project by their code names, only.

- Avoid placing confidential documents in general access office areas, including photocopying machines and trash, where persons not authorized to read them may come across them.

- Hold meetings with non-Goldman Sachs personnel in conference rooms rather than in offices whenever possible.

## Information Security

- Log off or lock your computer or workstation when leaving your office or your workstation for an extended period.

- Secure your passwords:
    - Use non-obvious passwords.
    - Never share passwords.
    - Change passwords regularly.

- Control access to confidential databases and other confidential information accessible by computer by using the firm's Kerberos and SecurID password authentication systems. If there are especially high confidentiality requirements or if you are sending a file outside the firm, encrypt the file using a firm approved encryption method. (Note: MS Word and Excel passwords are not secure.)

- Provide systems entitlements based on the need-to-know standard, where possible.

- Update or terminate, as appropriate, access to computer systems when anyone changes jobs or leaves the firm.

- Use only firm systems or firm-authorized systems for firm business.

Detailed Goldman Sachs InfoSec policies, mobile computing policies, and technical standards for information security can be found at the InfoSec Web site. Also see the InfoSec Web site for "Keys to Information Security."

## Telephone Security

- Do not reveal any firm information over the phone to anyone you do not know. If you receive a request for firm information, you should obtain a phone number and attempt to verify the caller's identity.

- Never transfer an unknown caller directly to an internal extension. Transfer him or her to a Goldman Sachs operator, advising the operator that an outside caller needs assistance.

- Protect the voice mail system with the same diligence that you protect the computer networks. Use a non-obvious password, change it regularly, and keep it confidential.

- Avoid using cellular or cordless telephones to discuss confidential business matters. Such devices are radio transmitters and are frequently monitored by hobbyists and professional information brokers.

- Do not use speakerphones when discussing proprietary or confidential information unless you are in a secure place. These phones have the potential of being overheard.

## Special Notes About Cellular and Portable Phone Security

The use of cellular and portable telephones has become an increasingly necessary means of conducting business; however, they present various security and privacy concerns:

- Assume your cellular and portable telephone transmissions are being overheard and/or recorded. Given the widespread availability of scanners, cellular telephone conversations are now routinely monitored by third parties. In particular, the securities industry has become a popular target for those seeking unauthorized access to confidential information.

  Even if only one party to the conversation is using a cellular or portable telephone, the *entire conversation* is vulnerable to monitoring by outsiders employing scanning devices.

- Avoid any discussion of a confidential or proprietary nature over cellular or portable telephones. If circumstances require discussion of a sensitive matter, avoid specific references that might identify the subject, the names of parties, particular events, and the like.

- Avoid broadcasting or entering credit card numbers, voice mail, or other passwords over cellular or portable telephones whenever possible. Retrieving your voice mail messages over a cellular or portable telephone may leave existing messages vulnerable to unauthorized access.

- Use discretion in leaving messages on any voice mail system. The subscriber may access your message over a non-secure (portable or cellular) telephone or may be less careful about voice mail security than you are. And keep in mind that you never know where a voice mail will be forwarded.

- Examine all cellular telephone bills carefully. Users of scanners and frequency converters seek to monitor and record a cellular telephone's mobile and electronic identification numbers. These identification numbers can then be duplicated onto another telephone, allowing unauthorized calls to be made and charged to your bill.

  Some carriers are able to encode a PIN number into your cellular telephone. This will provide some measure of security against unauthorized calls.

Please keep in mind that a failure to take appropriate account of these "real world" risks can potentially jeopardize specific business transactions, as well as our reputation with customers and regulators. It can also expose the firm or you to significant financial loss.

## Information Releases

- Review any internal publications with the appropriate managers prior to distribution.  This especially applies to those that deal with confidential subjects.

- Make sure all media releases or conversations with the press are reviewed and approved in advance by <u>Corporate Communications</u> or our regional press offices (see <u>*Communicating with the Media*</u>).

## Fax Security

Faxes are inherently not very secure. Fax machines often sit in public areas, and transmissions may sit in the machines for a time and pass through several hands before reaching their addressees. Therefore, if you are transmitting confidential information by fax, it is a good idea to take the following steps:

1. Contact the intended recipient before sending the fax.

2. Send the cover sheet first and ask the recipient to confirm its arrival.

3. Transmit the remainder of the document, upon confirmation of the receipt of the cover sheet.

4. Ask the recipient to confirm receipt of all pages of the document after transmission.

## Distribution of Confidential Information

- Use sealed "Personal & Confidential" envelopes when transmitting any confidential information.

- Make note of the time when any confidential documents are mailed (or sent electronically) and check within a reasonable time to see that they have been received.

See <u>Handling of Confidential Information</u> on the InfoSec Web site for more detailed guidelines on handling confidential material.

## Disposal and Destruction of Confidential Information

- Check for any confidential information before discarding outdated files or electronic media (e.g., disks, CD-ROMs).

- Remove and separately dispose of confidential information by shredding or by placement in a locked disposal bin.

- Collect, secure, and, if appropriate, shred all note pads, handouts, and so on after any meetings where confidential information is discussed.

- Do not dispose of confidential information through residential trash. If you take confidential information home, bring it back to the office and shred it or place it in a locked disposal bin if you have to dispose of it.

- Be cautious. When in doubt, dispose of confidential information through secure means.

## Security When Outside the Office

- Use care when working on confidential documents on any airplane, subway, railway, or other public conveyance.

- Curtail confidential conversations in elevators, taxis, or limousines, and in public settings outside the office, such as social gatherings. If you must discuss confidential information outside a secure office, use code words to identify any key players.

*Best Practices for Protecting Confidential and Proprietary Information*

- Make sure that confidential documents are not left in airline seats, taxis, hotel rooms, and so on. **Check behind you** before leaving.

While these rules must be followed when dealing with confidential information, it is also good practice to follow these rules when dealing with any client/customer or firm information.

**Related Policies:**

- The Policy on the Protection of Private Information about Individuals and Agents

- Chinese Wall & Related Policies

Compendium Table of Contents