# COMMUNICATIONS

**Effective Date: January 8, 2010**
*Revision History, page 5*
**For: PWM-US**

Private Wealth Management Professionals may correspond with clients, prospects and others (such as networking or other contacts) on a regular basis. All communications sent, whether electronically or in hard copy, must adhere to the firm's commitment to professionalism and high standards of judgment as well as applicable legal and regulatory standards. Any information presented in such communications must be accurately represented and not misleading.

PWM Professionals are responsible for ensuring that all appropriate disclosures are included with any material that is sent to clients or prospects. To ascertain which disclosures should be used, the PWM Professional should refer to the PWM Disclosure Guide or discuss with PWM Compliance if necessary.

## A. Correspondence Review Guidelines

All outgoing correspondence, including any hard copy mail, email or fax distributed to one or more recipients, is subject to review. Incoming correspondence, including any business-related materials received by hard copy mail (overnight and postal), email or fax, is also subject to review. The following guidelines apply to various types of correspondence as noted:

### 1. Incoming Hard Copy Correspondence

All incoming business related correspondence received in hard copy, whether or not marked "Personal and Confidential," must be reviewed, initialed and dated by the Regional Manager ("RM"), Regional Compliance Manager ("RCM") or other delegate of the RM. The purpose of the review is to identify and handle complaints, and to ensure that client funds and securities are handled in accordance with firm procedures.

The original correspondence will be given to the intended recipient by a designated staff person in the office responsible for opening the incoming mail, and a copy will be given to the RM, RCM or other delegate for review and retention in a central file. Client funds and securities will be forwarded to PWM Operations according to the current procedures established in each PWM regional office. Each office is expected to maintain a copy of each reviewed piece of correspondence in a separate file in a readily accessible location in accordance with firm retention policies and procedures.

### 2. Incoming Electronic Correspondence

Incoming electronic correspondence, including email and faxes, will be primarily reviewed by the E-Communications Compliance group. Incoming emails will be flagged and reviewed based on criteria established in the electronic surveillance system, and may also be reviewed based on specific search criteria applied from time to time. A random selection of emails and incoming faxes will also be flagged and reviewed. The review will focus on potential client complaints, or other issues relating to the firm's policies, that may require further attention or escalation.

### 3. Outgoing Hard Copy and Electronic Correspondence

R

Certain outgoing hard copy and electronic correspondence[1] requires approval by the RCM prior to sending ("Pre-Approval Correspondence"). Other outgoing correspondence will be subject to a post-review ("Post-Review Correspondence"). Generally, a sample of post-review correspondence is reviewed by PWM Compliance on a post-use basis. In addition, RCMs in each office may establish a heightened level of scrutiny for certain employees and/or teams that appear to need additional guidance. This heightened level of scrutiny may require that all correspondence for such employees and/or teams be pre-approved by the RCM.

A copy of hard copy Pre-Approval Correspondence must be reviewed, initialed and dated by the Regional Manager ("RM"), Regional Compliance Manager ("RCM") or other delegate of the RM. Each office is expected to maintain a copy of each reviewed piece of Pre-Approval Correspondence in a separate file in a readily accessible location in accordance with firm retention policies and procedures.

**Pre-Approval Correspondence**: The following correspondence requires pre-approval and must be submitted to the RCM prior to distribution:

- Customized presentations prepared by the team which have **not** been pre-approved as a standard team template. Examples of pre-approved standard templates include, but are not limited to:
    - Proposed Asset Allocation presentations (other than standard CIO)
    - Prospecting Letters
    - Performance reports or client account summaries
- Correspondence that is distributed to 25 or more prospects within any 30 day calendar period (other than pre-approved letters posted to CRM or materials previously approved for external distribution such as market commentary or reports prepared by ISG);
- Market letters or newsletters prepared by the PWM team and sent to multiple clients or prospects;
- Letters confirming account market values or letters of "good standing" sent to a client or to third parties on behalf of a client;
- Responses to customer inquiries or expressions of dissatisfaction; [2]
- Materials that are protected by copyright, such as reprints or excerpts of articles issued by independent publishers, or published or used in any public media; and
- All communications being sent to non-US prospects, and all product-specific marketing sent to non-US clients (based on residence of the recipient).

Note that materials prepared by other areas of Goldman Sachs may require approval of that area's compliance professional in addition to the PWM RCM prior to distribution. In addition, invitations prepared for a PWM team or regional office sponsored event must follow the procedures as set forth in the Client Invitations policy.

**Post-Review Correspondence**: All other outgoing hard copy and electronic correspondence, which are not included in any category listed above, may be sent without pre-approval by the RCM. Examples include, but are not limited to:

---

[1] Hard copy correspondence is defined as any typewritten, word processed, handwritten letters or computer-generated printouts. Electronic correspondence is defined as emails and faxes. Please see below for General Guidelines for Electronic Communications.

[2] All such communications must be escalated and handled in accordance with current policies and procedures pertaining to customer inquiries.

- Compliance-approved standard material posted to the PWM Desktop;
- Investment Analysis Tool (commonly referred to as CIO) and Portfolio Review;
- Goldman Sachs research that is not older than one year;
- Written correspondence relating to securities offerings as permitted according to the Communications in Connection with Securities Offerings policy;
- Emails to and from clients discussing general market conditions, general account information, or follow-up discussions; or
- Customized presentations prepared by the team which have been pre-approved as team templates by both the RCM and PWM Compliance Marketing. These may include prospecting letters, customized account summaries or performance summaries, or proposed asset allocations.

**SRS Marketing Tickets**

- All pre-approval correspondence must be submitted to the RCM via the SRS ticket system prior to distribution, and may not be sent until the PWM team is notified of the approval.
- All outgoing hard copy correspondence subject to post-review as indicated above, and marketing materials sent to a prospect related to alternative investment funds (e.g. bluebooks) must be submitted to PWM Compliance via the SRS ticket system for retention and substantial pre-existing relationship and investment suitability certification purposes.
- All outgoing electronic correspondence subject to post-review will **not** need to be submitted via the SRS ticket system, but will be reviewed and archived via the email surveillance system.
- If hard copy correspondence requiring pre-approval is not submitted via SRS, the RCM must review, initial and date the hard copy correspondence to evidence his/her approval of the material and maintain files of such materials in accordance with firm retention policies and procedures.

If there is any uncertainty as to whether or not a particular communication is subject to prior supervisory approval, PWM Professionals **must** speak to the RCM. In addition, the appropriate level of urgency (i.e. critical, high, medium, or low) should be chosen for each SRS ticket submission.

## B. Registration Requirements

Business related correspondence or any form of solicitation may not be sent to states or jurisdictions in which PWM Professionals are not registered to sell securities. PWM Professionals sending electronic communications are responsible for ascertaining the location of the recipient and for making certain that they are properly licensed in the relevant state or jurisdiction of the recipient. **Generally, communications sent to recipients in a non-US jurisdiction require initial review by the RCM prior to sending** (see section A.3. for details).

## C. General Guidelines for Electronic Communications

### 1. Electronic Communications

All firm-related electronic communications, including e-mail and fax communications, must be conducted through firm systems. PWM Professionals must not use a personal e-mail address to send or receive communications to clients or prospects concerning firm business.

All communications to or from PWM Professionals working from home offices must be sent or received through GS&Co. systems for purposes of review, distribution and retention. The firm enables PWM Professionals within appropriate guidelines and procedures to gain electronic access to the firm's facilities through a secure location. E-mail usage must comply with the firm's communications policies and business principles as set forth in <u>Policies and Practices for the Use of the firm's Communications Systems.</u> The firm's communication standards, including a commitment to professionalism, good judgment and good taste, are equally applicable to e-mail communications.

The firm reviews e-mail correspondence on an on-going basis by manual and automated means. Although reasonable personal use of e-mail is permitted, PWM Professionals should have no expectation of privacy with respect to e-mail transmitted or received through the use of the firm's systems. Electronic communications, including those sent via remote devices such as Blackberry, are screened in an effort to identify potential client complaints and to comply with regulatory and firm policies and requirements.

Certain outgoing electronic communications are required to be submitted through the SRS system for review and approval before distribution. *Please see sections above.*

## 2. Client Confidentiality

The transmission of e-mail occurs over a non-secure medium so confidentiality cannot be guaranteed. Generally, PWM Professionals may not send client or proprietary information (e.g. client account information, internal firm memos, etc.) to personal e-mail accounts outside the firm, since this practice might compromise confidentiality. In addition, when communicating by e-mail with clients, PWM Professionals should make every effort to avoid or minimize the inclusion of confidential or personal information with respect to the client or third parties. If sensitive, confidential or personal information must be exchanged, PWM Professionals should ensure that the client understands the nature of the information being sent to them via email in an unsecure method, and should discuss the availability of the client's secure mailbox on the PWM Client Website ("Client Web") in order to share confidential information.

## 3. Internal Use Only

Firm policy strictly prohibits the dissemination of written or electronic communications marked or viewed as limited to "Internal Use Only," whether in whole or in part and whether as an attachment or otherwise, to any individual or entity outside of the firm.

## 4. Instant Messaging

Instant messaging is generally not permitted unless an exception is granted by PWM Divisional Compliance and appropriate retention and surveillance is available.

## 5. Chat Sessions, On-Line Forums

PWM Professionals are **prohibited** from participating on behalf of the firm in chat sessions or other on-line forums, such as blogs and networking communities, without express prior supervisory approval from their RM (please see US Private Wealth Management Supervisory Manual).

## 6. Text Messaging

PWM Professionals should not utilize text messaging as a means of communication with clients or prospects. PWM Professionals may not reply to any text messages received

on a personal device (i.e. personal cellular phone or other device not captured on a firm system), and should respond via one of the approved methods for communication as outlined above.

## D. *Use of Goldman Sachs Letterhead*

As stated in the firmwide policy Using the Firm's Communications Systems: "firm letterhead should be used only for firm business".

Personal use of firm letterhead is prohibited. Personal letters of recommendation (to children's schools, for club memberships, boards, etc.), or any letter not required of the PWM Professional in the scope of his or her employment, must be written on the PWM Professional's personal stationery. Additionally, personal use of envelopes that contain the firm's logo is prohibited.

## E. *Retention*

In compliance with regulatory books and records requirements, all electronic communications as well as all incoming and outgoing hard copy correspondence related to the firm's broker-dealer business must be retained for a minimum period of three years.

## *Revision History*

- January 8, 2010 (current posting)
- October 26, 2009
- January 22, 2009